

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Byrne Oil Company,

\* From the 91st District Court
of Eastland County,
Trial Court No. CV1945179.

Vs. No. 11-23-00157-CV

\* September 11, 2025

Jennifer Walraven, individually
and as heir of Joe Walraven,

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the award of compensatory damages to Appellee in the amount of $30,000 and render judgment that Appellee only recover $1,869.32 in compensatory damages. We affirm the trial court's award of damages to Appellee in part in the amount of $1,869.32. We also reverse the award of $125,000 in attorney's fees to Appellee and remand the issue of attorney's fees to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed 90% against Jennifer Walraven, individually and as heir of Joe Walraven and 10% against Byrne Oil Company.